IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                          No. 4:12-cr-185-DPM-3

JAMES THOMAS TRICE                                              DEFENDANT

Sentencing Scheduling Order

Sentencing is set for **28 August 2013 at 1:30 p.m. in Courtroom B-155**.

So the Court and all parties can prepare for the hearing, the Court sets the following schedule:

Final PSR, including responses to objections, circulated . . . . . . . . . . . . . . . .  14 calendar days before sentencing

- Motions to depart or vary and sentencing memoranda filed . . . . . .  . . . . . . . . . 10 calendar days before sentencing

- Notice by filing about witnesses, estimated hearing length, likelihood of third point, and applicability of safety valve . . . . . . . . . .  . . . . . . . . . 10 calendar days before sentencing

- Responses to any departure or variance motions and responding memoranda filed . . . . . .  . . . . . . . . . 7 calendar days before sentencing

If any of these deadlines is not met, then the sentencing will be continued absent extraordinary circumstances.

So Ordered.

*/s/ D.P. Marshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

<u>15 April 2013</u>